HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAMIAN EARLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-MJ-00125-CKD |
| Plaintiff, | |
| vs. | NOTICE WITHDRAWING REQUST FOR BAIL REVIEW; PROPOSED ORDER |
| DAMIAN EARLEY, | |
| Defendant. | Date: August 21, 2017<br>Time: 2:00 p.m.<br>Judge: |

Mr. Earley hereby withdraws his request for a bail review (currently scheduled for Monday, August 21, at 2:00 p.m.), and asks that the Court issue an order directing the Marshal to transport him forthwith to the Eastern District of New York to answer the indictment pending there.

Mr. Earley is before this Court on a complaint filed in the Eastern District of New York. He was ordered detained on July 24, 2017 but requested a bail review here before he appears in

-1-

New York.  Mr. Earley has since retained counsel in New York and intends to request release when he appears in that district. There is no need for further proceedings in this Court.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated: August 16, 2017      /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for DAMIAN EARLEY

HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DAMIAN EARLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-MJ-00125-CKD |
| Plaintiff, | |
| vs. | ORDER VACATING BAIL REVIEW HEARING AND ORDERING TRANSPORT |
| DAMIAN EARLEY, | |
| Defendant. | Date: August 21, 2017<br>Time: 2:00 p.m.<br>Judge: Hon. Deborah Barnes |

IT IS HEREBY ORDERED that the bail review hearing set for August 21, 2017 at 2:00 p.m. be vacated. The defendant is ordered to be transported forthwith and no later than August 22, 2017 by United States Marshal to the Eastern District of New York for court proceedings in that district.

Dated: August 18, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE